
ORIGINAL

FILED

04/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 22-0003

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 22-0003

FILED

APR 1 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

| | |
|---|---|
| IN RE PETITION OF CHELSEA WILKINS TO SUBMIT LATE APPLICATION TO TAKE THE BAR EXAM | O R D E R |

Chelsea Wilkins has filed a petition for leave to submit a late application to take the Montana Bar Examination administered in July 2022. Wilkins' petition establishes good cause for the request. Wilkins must also comply with all other applicable Rules of Admission, including character and fitness certification, in sufficient time to ultimately be able to sit for the examination. Therefore,

IT IS HEREBY ORDERED that the petition of Chelsea Wilkins for leave to submit a late application to take the Montana Bar Examination in July 2022 is GRANTED, subject to completion of all exam prerequisites. The application should be submitted no later than May 2, 2022.

The Clerk shall provide copies of this order to the Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 12 day of April, 2021.

Chief Justice

_____

_____

_____

_____
Justices

2